**FILED**

JUN 2 1 2002

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, | ) ) ) | Civil Action No. 2-01-2526-12 |
| Plaintiff, | ) ) | |
| v. | ) ) | CONSENT ORDER OF DISMISSAL |
| LOCAL 1422, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION AFL-CIO,, | ) ) ) ) | |
| Defendant, | ) ) | |
| _____ | ) | |

The present action was instituted by the Secretary of Labor seeking an order declaring the election for the office of Trustee conducted by Local 1422, International Longshoremen's Association, AFL-CIO on January 28, 2000, void and directing the conduct of a new election for that office under supervision of the Secretary. The Secretary having moved for a voluntary dismissal without prejudice, and the Defendant having consented to the same, it is hereby

ORDERED that the above action is dismissed without prejudice to any other actions or administrative proceedings, and it is

SO ORDERED this _17th_ day of June, 2002, at Charleston, South Carolina.

C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

SO MOVED:

J. STROM THURMOND, JR.
UNITED STATES ATTORNEY

BY:

JOHN H. DOUGLAS (#587)
Assistant U.S. Attorney
170 Meeting St., Suite 300
P.O. Box 978
Charleston, S.C.  29402
(843) 727-4381 (voice)
(8430 727-4443 (fax)
email: john.douglas@usdoj.gov

WE CONSENT:

DERFNER & WILBORN, LLC

BY:

Armand Derfner (#503)
PO Box 600
Charleston, SC 29402-0600
(843) 723-2460 (voice)
(843) 723-7436 (fax)

ATTORNEYS FOR DEFENDANT

2

